STEPHANIE DORIA WILEY (SBN 196825)
*sdoria@rhdtlaw.com*
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Defendant GTA Enterprises LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>GTA ENTERPRISES, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-00554-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))** |

Pursuant to Local Rule 144(a) of the Local Rules of this Court, Plaintiff Scott Johnson ("Plaintiff") and Defendant GTA Enterprises LLC ("GTA") (together, the "Parties"), by and through their attorneys, hereby stipulate and agree that Defendant will have through and including May 27, 2016, in which to serve and file a response to Plaintiff's First Amended Complaint in the action. This stipulation extends GTA's time to move or otherwise respond to the complaint by not more than twenty-eight (28) days.

DATED: April 20, 2016 RUKIN HYLAND DORIA & TINDALL LLP

By: *\/s/ Stephanie Doria Wiley*
STEPHANIE DORIA WILEY
Attorney for Defendant GTA Enterprises LLC

DATED: April 20, 2016 CENTER FOR DISABILITY ACCESS

By: */s/ Phyl Grace*
PHYL GRACE
Attorney for Plaintiff Scott Johnson

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: April 20, 2016 RUKIN HYLAND DORIA & TINDALL LLP

By: */s/ Stephanie Doria Wiley*
STEPHANIE DORIA WILEY
Attorney for Defendant GTA Enterprises LLC