# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GTA ENTERPRISES, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:16-cv-00554-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　Pursuant to the parties' stipulation (ECF No. 10), IT IS HEREBY ORDERED that Defendant GTA Enterprise LLC shall respond to Plaintiff's First Amended Complaint no later than June 27, 2016.

　　IT IS SO ORDERED.

Dated: June 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE