CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

STEPHANIE DORIA WILEY (SBN 196825)
sdoria@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150 San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for Defendant GTA Enterprises LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>GTA ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case: 2:16-CV-00554-MCE-KJN<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: June 17, 2016

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: June 17, 2016

RUKIN HYLAND DORIA & TINDALL LLP

By: /s/ Stephanie Doria Wiley
Stephanie Doria Wiley
Attorneys for Defendant
GTA Enterprises, LLC, a California Limited Liability Company

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stephanie Doria Wiley, counsel for GTA Enterprises, LLC, a California Limited Liability Company, and that I have obtained Ms. Wiley's authorization to affix her electronic signature to this document.

Dated: June 17, 2016 CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff