UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

GTA ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-00554-MCE-KJN

**ORDER**

**ORDER**

The Court has determined that this case is settled. ECF No. 12. The Court hereby vacates all currently set dates. The parties shall file a Joint Stipulation within 60 days from the date this order is electronically filed. Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated: June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE