UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GTA ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-00554-MCE-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1) and the parties' Stipulation (ECF No. 14), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE